UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22225-CIV-SEITZ/MCALILEY

OSCAR PEREZ, et al.,

    Plaintiffs,

v.

CAREY INTERNATIONAL, INC., et al.,

    Defendants.
_____/

## ORDER APPOINTING MR. ROBERT WEISBERG AS SPECIAL MASTER

THIS MATTER is before the Court at the request of the parties to appoint a special master. This case arises under the Fair Labor Standards Act ("FLSA") where eight Plaintiffs have sued Defendants limousine companies alleging retaliation in violation of the FLSA. The parties are experiencing conflicts in narrowing down the factual and legal issues relating to liability and damages. Pursuant to the parties' request and Fed. R. Civ. P. 53, the Court is appointing a special master to aid in resolving these conflicts and preparing this matter for trial. Fed. R. Civ. P. 53 (2007); *see In re Bituminous Coal Operators Ass'n, Inc.*, 949 F.2d 1165, 1168-69 (D.C. Cir. 1991) (holding that it was proper to refer pretrial preparation or calculation of damages to a special master). The parties have agreed to the appointment of Mr. Robert Weisberg, Esq. as a special master. Mr. Weisberg is an experienced litigator with knowledge of labor and employment matters. He served as a special master during the litigation of the overtime issues between the parties. Thus, he has the legal and background knowledge of the parties, the facts and the circumstances of the case to assist the parties to move toward the most cost-efficient resolution of the case, either through settlement or trial.

The special master is charged with aiding the parties in narrowing the disputed factual and legal

issues relating to both potential damages and liability, as well as to resolve any discovery disputes that should arise.[1]  Specifically, the special master has the authority to hold hearings with counsel and the parties; review evidence; make preliminary determination as to both factual and legal issues; and aid in amending the current pretrial deadlines.  The special master shall schedule an initial hearing with the parties' counsel to determine an overview of all outstanding issues, including a preliminary review of each Plaintiff's damage and liability claims as well as the need to modify the existing pretrial deadlines.  Thereafter, the special master shall schedule meetings with each individual Plaintiff and Defendants' representative so each side can present evidence supporting its position in a summary fashion.  The Court shall provide a meeting place at the Courthouse for the initial meeting and all subsequent meetings.  The parties shall arrange for a court reporter to transcribe all of the meetings.  After conferring with the special master at the initial hearing, the parties shall submit a joint proposed amended schedule for pretrial deadlines to the Court.

The special master shall submit a Report and Recommendation to the Court for its review of his findings and conclusions.  The Report shall include a list of the issues presented by the parties; which issues have been resolved and how; which issues remain outstanding; the parties' respective positions and recommendations as to the resolution of those outstanding issues.  During the pendency of the parties' meetings with the special master, if any issue cannot be resolved, the special master may seek direction from the Court. The parties shall have ten days from the date that the special master files his Report to submit objections.

The parties shall pay to the special master $350 per hour for his services.  The special master shall submit a recommendation to the Court apportioning to the parties the cost of his services. *See Roy v. County of Lexington, S.C.*, 141 F.3d 533, 549 (4th Cir. 1998) (stating a district court has the power to

---

[1] The parties have agreed that the special master's rulings on discovery disputes shall be binding.

apportion fees in an FLSA case). The special master's determination in this regard shall take into account which party's issues required his attention as well as the parties' efficiency, preparation and ability to resolve disputes.

Therefore, for the reasons set forth herein, it is hereby

ORDERED that

(1) Mr. Robert Weisberg is appointed as the special master in this case for purposes of aiding the parties in narrowing down the disputed factual and legal issues on Plaintiffs' retaliation claims and the Carey South Florida's Counterclaim.

(2) The parties shall pay the special master compensation amounting to $350 per hour consistent with the terms of this Order.

(3) After the parties' meetings with the special master, the special master shall submit a Report and Recommendation of his findings and conclusions as well as his recommendation of how the cost of his services should be apportioned amongst the parties. The parties shall arrange for a court reporter to transcribe all of the meetings.

(4) The special master shall schedule the initial meeting with counsel in the Courthouse for sometime after June 14, 2007. After conferring with the special master at the initial hearing, the parties shall submit a joint proposed amended schedule for pretrial deadlines.

DONE AND ORDERED at Miami, Florida this <u>25th</u> day of May, 2007.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Counsel of record
Magistrate Judge McAliley
Robert E. Weisberg, Special Master