UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22225-CIV-SEITZ/McALILEY

OSCAR PEREZ, *et al.*,

    Plaintiffs,

v.

CAREY INTERNATIONAL, INC., *et al.*,

    Defendants.
_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR 1-PAGE EXTENSION FOR REPLY BRIEF TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

Plaintiffs ("Plaintiffs"), through their undersigned attorneys, file this Unopposed Motion for 1-page Extension for Reply to Defendants' Response to Plaintiffs' Motion for Attorneys Fees, and state:

The Defendants recently filed a Response to Plaintiffs' Motion for Attorneys Fees challenging virtually every fee entry on one ground or another (vague, excessive or redundant, non-compensable, etc.), and challenged the hourly rates of all three attorneys.  In support of the Defendants' arguments, and they have submitted numerous exhibits which total hundreds of pages. In order to properly respond to the arguments and submissions set forth by the Defendants, the Plaintiffs need a 1-page extension to their reply memorandum, and thus they seek that herein.

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1.A.3**

I HEREBY CERTIFY that counsel have conferred in a good faith effort to resolve the issues raised in the foregoing motion, and defense counsel (Kristy Johnson) does not oppose the relief sought; the conferral occurred in person at her law office.  A proposed order is attached hereto, and one is being e-mailed to the Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 19, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record (Kristy M. Johnson, Esq., Carleton Fields, P.A., 100 Southeast Second Street, Suite 4000, Miami, Florida 33131-9101) or *pro se* parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

        Glasser, Boreth, Ceasar & Kleppin
        Attorneys for Plaintiff
        8751 W. Broward Blvd.
        Suite 105
        Plantation, FL 33324
        Tel.  (954) 424-1933
        Fax  (954) 474-7405
        E-mail:  Glabor@aol.com

        By  s/Chris Kleppin
            Chris Kleppin
            Fla. Bar No. 625485

            Harry O. Boreth
            Fla. Bar No. 190903

C:/MyDocuments/Perez/Plf'sMforExtensionofPages-FeeMotion11/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22225-CIV-SEITZ/McALILEY

OSCAR PEREZ, *et al.*,

    Plaintiffs,

v.

CAREY INTERNATIONAL, INC., *et al.*,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR 1-PAGE EXTENSION FOR REPLY BRIEF TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

    THIS CAUSE came before the Court upon Plaintiffs' Unopposed Motion for 1-page Extension for Reply to Defendants' Response to Plaintiffs' Motion for Attorneys Fees.

    Upon due consideration of the Motion and the record, the Court finds that Plaintiffs have shown good cause for the relief requested. Accordingly, it is hereby

    ORDERED AND ADJUDGED that Plaintiffs' Unopposed Motion for 1-page Extension for Reply to Defendants' Response to Plaintiffs' Motion for Attorneys Fees is GRANTED.

    DONE AND ORDERED in Chambers in Miami, Miami-Dade County, Florida this ____ day of _____, 2007.

                                                        _____
                                                         PATRICIA A. SEITZ
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Chris Kleppin, Esq.
Kristy M. Johnson, Esq.